# Exhibit 14

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

████████ and ████████
et al.,

    Plaintiffs, )

     vs. )

ANDRE MATTHEWS, M.D., and )
JANE DOE MATTHEWS, et al., )
    Defendants. )

April 28, 2008
Phoenix, Arizona

BEFORE THE HONORABLE: MICHAEL JONES, Judge

REPORTER'S TRANSCRIPT OF PROCEEDINGS
Testimony of ████████

Lisa H. Vitoff
Certified Court Reporter
CCR #50251

2

APPEARANCES

FOR THE PLAINTIFFS:
    KOELLER, NEBEKER, CARLSON & HALUCK, LLP
    BY:  Mr. Wade R. Causey

FOR THE DEFENDANTS
    CRAWFORD & KLINE, P.L.C.
    BY:  Mr. Bruce D. Crawford

PROCEEDINGS

████████████ having been duly sworn herein, took the stand and testified as follows:

THE COURT:  Thanks, Mr. ████ Go over there and have a seat on the witness stand.

MR. CAUSEY:  That one there.

understanding that there was another discussion of these risks or a similar list at the June 6th meeting; is that right?

A    Yes.

Q    To the extent that you can keep them separate, delineate them, that's what I want to talk about now.

I want to talk about what you recall of the April 11, 2002, discussion.

If you can't separate the two discussions out, then let me know and I'll ask you it differently; okay?

A    Okay.

Q    As far as nerve injury, do you see that phrase there?

A    Yes.

Q    At this meeting, did Dr. Sharpe discuss with you any specific nerve that was at risk from this surgery?

A    No.

Q    Did Dr. Sharpe describe to you any type of nerve that comes down the leg and wraps around below the knee or the knee area and controls the function of your foot?  Was there any discussion about that?

A    No.

Q    Was there any discussion, at this April 11, 2002, meeting, what I'm talking about is what Dr. Sharpe said to you.

We've already established he's basically doing the talking; right?

A    Yes.

Q    Was there any discussion, at that meeting, that you could permanently lose function of your foot as a result of this osteotomy procedure?

A    No.

Q    Was there any discussion about function of the foot, at all, talking about the foot, as part of this discussion regarding surgery?

A    No.

Q    Do you recall whether the doctor was looking at any type of paperwork when he was reading off this list of potential risks?

A    If I remember correctly, he had a paper in front of him.  It might have been actually been a pamphlet, which he was reading off the actual risks themselves.

Q    I'm sorry, did everybody read that to the extent they wanted to, that April 11?  I just took that off without asking.  I apologize.

        ▉▉▉▉ is there anything else about the April 11, 2002, meeting, that you recall?

A    I do recall when -- it's something that kind of sticks out in my head -- when death was brought up, where I was kind of like, whoa, you know.

A    That's the only one that I remember.

Q    When this list was also communicated to you at the June 6, 2002, meeting.  Do you recall any questions that any of you raised at that meeting?

A    No.  We had no questions.

Q    I'm talking about at that meeting —

A    Just my mother.

Q    Your mother?

A    Yes.

Q    Any discussions June 6, 2002, about a specific nerve that could be injured?

A    None.

Q    Any discussion that that nerve, or this surgical procedure, could result in a permanent impairment — permanent loss of function of your foot?

A    No.

Q    Any discussion of if that happens, that you, in order to not drag your foot on the ground or to be able to move your foot, might have to wear a brace the rest of your life?

A    No.

Q    No discussion along those lines?

A    None whatsoever.

Q    There is another small portion — has everybody read this portion?